Abran E. Vigil
Nevada Bar No. 7548
David E. Chavez
Nevada Bar No. 15192
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
chavezd@ballardspahr.com

*Counsel for Defendant Discover Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Sharpe,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; Innovis Data Solutions, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; Discover Bank; Capital One, N.A.; U.S. Bancorp; and The Toronto-Dominion Bank.<br><br>　　　　Defendants. | Case No.　2:24-cv-02143-JCM-NJK<br><br>**Joint Motion and Proposed Order to Extend Discover Bank's Deadline to Respond to Plaintiff's Complaint**<br><br>**(First Request)** |

　　　The deadline for defendant Discover Bank ("Discover") to respond to plaintiff Jennifer Sharpe's complaint is December 16, 2024. Discover has requested, and Sharpe has agreed, that this deadline be extended up to and including January 10, 2025.

　　　There is good cause for this extension. Discover's counsel requires additional time to continue investigating Sharpe's allegations, to explore whether the parties' dispute can be resolved without the need for litigation, and to confer with Discover regarding a response to the complaint. Further, counsel anticipates that during this extended period, the holidays—and the attendant closures of the Court and private businesses—will delay counsel's efforts to advance the parties' settlement efforts

DMFIRM #414759696 v1

through discussions with opposing counsel and Discover.

This is the first request for an extension of the deadline to respond to the complaint, and it is made in good faith and not for purpose of delay.

Dated: December 16, 2024

| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
|---|---|
| By: /s/ David E. Chavez<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>David E. Chavez<br>Nevada Bar No. 15192<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Discover Bank* | By: /s/ Gerardo Avalos<br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue, Suite 100<br>Las Vegas, Nevada 89123<br><br>*Counsel for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: December 17, 2024