# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JENNIFER SHARPE,

    Plaintiff,

v.

Equifax Information Services LLC, *et al.*,

    Defendants.

Case No.: 2:24-cv-02143-JCM-NJK **Order**

[Docket No. 22]

Pending before the Court is the parties' stipulation to extend Defendant U.S. Bank National Association's time to respond to Plaintiff's complaint, Docket No. 22, which is **GRANTED**.

Accordingly, Defendant U.S. Bank National Association's deadline to respond is extended to January 16, 2025.

IT IS SO ORDERED.

Dated: December 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge