```
DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
DUANE MORRIS LLP
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2600; F:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
         tehafen@duanemorris.com
```

Attorneys for Defendant
*U.S. Bank National Association*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER SHARPE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, INNOVIS DATA SOLUTIONS, INC.; BACKGROUNDCHECKS.COM LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; CLARITY SERVICES, INC.; DISCOVER BANK; CAPITAL ONE, N.A.; U.S. BANCORP and THE TORONTO-DOMINION BANK,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02143-APG-NJK<br><br>**ORDER EXTENDING TIME FOR U.S. BANK NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Plaintiff Jennifer Sharpe, and by through her counsel, FREEDOM LAW FIRM, LLC, and Defendant U.S. Bank National Association, errantly sued as "U.S. Bancorp" ("*U.S. Bank*"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for U.S. Bank to respond to Plaintiff's Complaint, which response is currently due January 16, 2025, up to and including **January 30, 2025**.

This further extension will allow U.S. Bank's counsel to analyze the claims made, obtain and review any relevant documents, and for the parties to evaluate whether an early resolution is

possible. This is the second request for an extension to U.S. Bank's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED: January 16, 2025

**FREEDOM LAW FIRM, LLC**

By:  /s/ *Gerardo Avalos*
     George Haines (SBN 9411)
     Gerardo Avalos (SBN 15171)

Attorneys for *Plaintiff*

**DUANE MORRIS LLP**

By:  /s/ *Tyson E. Hafen*
     Dominica C. Anderson (SBN 2988)
     Tyson E. Hafen (SBN 13139)

Attorneys for Defendant *U.S. Bank National Association*

**IT IS SO ORDERED** this 17th day of January, 2025.

_____
United States Magistrate Judge

2