# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER SHARPE,<br>    Plaintiff,<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>    Defendant. | Case No. 2:24-cv-02143-APG-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by March 19, 2025.

    IT IS SO ORDERED.

    Dated: March 14, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge