1
2
3
4              **UNITED STATES DISTRICT COURT**

5                    **DISTRICT OF NEVADA**

6

7   JENNIFER SHARPE,                          Case No. 2:24-cv-02143-APG-NJK

            Plaintiff,
8                                                   **Scheduling Order**

9   v.                                             [Docket No. 58]

10  EQUIFAX INFORMATION SERVICES
    LLC, *et al.*,

11          Defendants.

12          Pending before the Court is the parties' proposed discovery plan.  Docket No. 58.

13          The parties seek an eight-month discovery period to account for "the delay in the [p]arties

14  holding the discovery conference and submitting their proposed discovery plan."  Docket No. 58

15  at 2.  The parties fail to demonstrate how or why *their* delay warrants a longer discovery period.

16          Further, the discovery plan seeks an extended deadline for initial disclosures that is two

17  months after the submission of the proposed discovery plan.  Docket No. 58 at 2.  However, the

18  default deadline for initial disclosures is 14 days after the Rule 26(f) conference.  Fed. R. Civ. P.

19  26(a)(1)(C).

20          Accordingly, the parties' proposed discovery plan is **DENIED**.  Docket No. 58.  Case

21  management deadlines are hereby **SET** as follows:

22          • Initial disclosures:  March 27, 2025

23          • Amend pleadings/add parties:  April 15, 2025

24          • Initial experts:  May 15, 2025

25          • Rebuttal experts:  June 16, 2025

26          • Discovery cutoff:  July 14, 2025

27          • Dispositive motions:  August 13, 2025

28

- Joint proposed pretrial order: September 12, 2025, 30 days after resolution of dispositive motions, or by further Court order

IT IS SO ORDERED.

Dated: March 20, 2025

_____
Nancy J. Koppe
United States Magistrate Judge