George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Jennifer Sharpe*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Sharpe,<br><br>               Plaintiff,<br>v.<br><br>Equifax Information Services LLC; Experian Information Solutions, Inc.; Trans Union LLC; Innovis Data Solutions, Inc.; Backgroundchecks.com LLC; National Consumer Telecom & Utilities Exchange, Inc.; Clarity Services, Inc.; Discover Bank; Capital One, N.A.; U.S. Bancorp and TD Bank USA, N.A.,<br><br>               Defendants. | Case No.: 2:24-cv-02143<br><br>**Stipulation for dismissal of TD Bank USA, N.A. with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jennifer Sharpe and TD Bank USA, N.A. stipulate to dismiss Plaintiff's claims against TD Bank USA, N.A. with prejudice.

///

_____

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 2, 2025.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jennifer Sharpe*

**BARNES & THORNBURG LLP**

/s/ *Brian Melendez*
Brian Melendez, Esq.
225 South Sixth Street Suite 2800
Minneapolis, MN 55402-4662
*Counsel for TD Bank USA, N.A.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 5, 2025

STIPULATION                                          - 2 -