**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER SHARPE,<br><br>    Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-02143-RFB-NJK<br><br>**Order** |

On January 29, 2025, Plaintiff filed a notice of settlement with U.S. Bancorp representing that dismissal papers would be filed within 60 days. Docket No. 46. Those dismissal papers were not filed. Plaintiff is ordered to file these dismissal papers by August 6, 2025.

IT IS SO ORDERED.

Dated: July 28, 2025

                                                                                                Nancy J. Koppe<br>                                                                                            United States Magistrate Judge